IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:02cr6-RH/WCS
 5:04cv282-RH/WCS

MITCHELL WAYNE WILDER,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 77) and the objections thereto (document 78). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion for relief under 28 U.S.C. §2255 (document 70) is DENIED with prejudice." The clerk shall close the file.

SO ORDERED this 27th day of November, 2006.

                s/Robert L. Hinkle
                Chief United States District Judge